## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOREST PRODUCTS INDUSTRIES, INC., ) a Missouri Corporation, ) ) Plaintiff, ) ) vs. ) ) MALNOVE INC., a Nebraska Corporation ) and CONAGRA FOODS, INC., ) a Nebraska Corporation, ) ) Defendants. ) | 8:04CV37<br><br>ORDER |

This matter is before the Court on the motion for leave to withdraw of Dana Washington (Filing No. 38) as counsel for the plaintiff. The plaintiff continues to be represented by Aimee L. Sanderson from the firm of Wickman & Washington PC LLO. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Dana Washington (Filing No. 38) as counsel for the plaintiff is granted.

2. The Clerk of Court shall stop all electronic notices to Dana Washington regarding this case.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge