# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FOREST PRODUCTS INDUSTRIES, INC.,**<br>**a Missouri Corporation,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MALNOVE INC., a Nebraska Corporation**<br>**and CONAGRA FOODS, INC.,**<br>**a Nebraska Corporation,**<br><br>**Defendants.** | **8:04CV37**<br><br>**ORDER** |

This matter is before the court on the motion for leave to withdraw of Michelle Douglas from the firm McGrath, North, Mullin & Kratz, P.C., L.L.O. (Filing No. 46) as counsel for the defendant ConAgra Foods, Inc. ConAgra Foods, Inc. continues to be represented by other counsel from the same firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Michelle Douglas (Filing No. 46) as counsel for the defendant ConAgra Foods, Inc. is granted.

2. The Clerk of Court shall stop all electronic notices to Michelle Douglas regarding this case.

DATED this 1st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge