# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FOREST PRODUCTS INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:04CV37 |
| vs. ) | |
| ) | ORDER |
| **MALVONE, INCORPORATED, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

On the court's own motion, the pretrial conference previously set for August 19, 2005, at 10:00 a.m. is cancelled and is **rescheduled for August 16, 2005, at 10:00 a.m.** before the undersigned magistrate judge. In order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to my chambers, e-mailed to me at thalken@ned.uscourts.gov, faxed to my chambers (402-661-7345), or mailed to me so as to arrive one working day in advance of the conference.

**IT IS SO ORDERED.**

DATED this 28th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge