IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FOREST PRODUCTS INDUSTRIES, INC.,** a Missouri Corporation, | ) ) ) | |
| **Plaintiff,** | ) ) ) | 8:04CV37 |
| vs. | ) ) ) | ORDER |
| **MALNOVE INC., a Nebraska Corporation** and **CONAGRA FOODS, INC.,** a Nebraska Corporation, | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant Conagra Foods, Inc.'s unopposed motion to continue the trial date (Filing No. 64). Conagra Foods, Inc. seeks a continuance of the trial due to a previously scheduled commitment. Conagra Foods, Inc. represents that neither the plaintiff nor Malnove Inc. have an objection to the continuance. Upon consideration,

**IT IS ORDERED:**

1. Conagra Foods, Inc.'s unopposed motion to continue the trial date (Filing No. 64) is granted.

2. Trial is rescheduled from December 19, 2005, to **January 23, 2006, at 8:30 a.m.**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. All other deadlines remain unaltered.

DATED this 15th day of November, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge